AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Daniel P. Mahoney *also known as Daniel Patrick Mahoney*,<br>*Plaintiff*<br>v.<br>Eric McDaniels *Medical/Staff*; Hope Hatchell *Medical Staff*; Lynett Patton,<br><br>*Defendants*. | ) ) ) ) ) )<br>Civil Action No. 1:20-cv-04076-SAL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Daniel P. Mahoney *also known as Daniel Patrick Mahoney,* shall take nothing of the defendants, Eric McDaniels *Medical/Staff*, Hope Hatchell *Medical Staff* and Lynett Patton, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Sherri A. Lydon, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint for failure to prosecute.

Date: July 1, 2021

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*